# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 288 WAL 2019

Respondent   :

  :   Petition for Allowance of Appeal

  :   from the Order of the Superior Court

v.   :

  :

MARCUS TURNER,   :

  :

Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.